**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    CASE NO. 1:12cv106-MP-GRJ

BANK ACCOUNT NUMBER 0000107310,
IN THE NAME OF JAMES RAY WILLIAMS
LOCATED AT SUN STATE FEDERAL
CREDIT UNION LOCATED AT
405 SE 2ND PLACE, GAINESVILLE, FLORIDA
AND THE BALANCE CONTAINED THEREIN

    Defendant.

_____/

## DECREE OF FORFEITURE

    This matter is before the court on the Motion for Decree of Forfeiture filed by the United States of America. (Doc. 7). On May 18, 2012, a Verified Complaint of Forfeiture in Rem against the defendant property, Bank Account Number 0000107310 in the name of James Ray Williams, located at Sun State Federal Credit Union, 405 SE 2nd Place, Gainesville, Florida, and the balance contained therein, was filed on behalf of the plaintiff, United States of America. The complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6).

    It appears that process was fully issued in this action according to law:

    That Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning July 11, 2012, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

    No claim has been filed with the court by any other person or entity.

**NOW THEREFORE**, on motion of the plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**SO ORDERED** this 17th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**